

# THE ATTORNEY GENERAL

## OF TEXAS

**AUSTIN 11, TEXAS**

WAGGONER CARR
ATTORNEY GENERAL

March 5, 1963

Honorable Byron Tunnell
Speaker
House of Representatives
Austin, Texas

Opinion No. C-25

Re: Construction of Sec-
tion 56 of Article
XVI of the Constitu-
tion of Texas.

Dear Mr. Tunnell:

Your request for an opinion on the above subject matter reads as follows:

"I hereby request an opinion from you concerning the constitutionality of House Bill No. 11. My particular question is, under Article 16, Section 56 of the Constitution is the legislature prohibited from authorizing expenditures of money for the purposes set forth in Article 16, Section 56 of the Constitution in any other manner than by advertising in periodicals having national circulation. Or, stated in another manner, may the legislature authorize the expenditure of money under Article 16, Section 56, by the use of radio, newspapers, television and other means deemed appropriate.

"Your earliest possible consideration of this important matter would be appreciated."

Section 56 of Article XVI of the Constitution provides as follows:

"The Legislature of the State of Texas shall have the power to appropriate money and establish the procedure necessary to expend such money for the purpose of developing information about the historical, natural, agricultural, industrial, educational,

-99-

marketing, recreational and living
resources of Texas, and for the pur-
pose of informing persons and corpora-
tions of other states through adver-
tising in periodicals having national
circulation, and the dissemination
of factual information about the advan-
tages and economic resources offered
by the State of Texas; providing,
however, that neither the name nor
the picture of any living state offi-
cial shall ever be used in any of
said advertising, and providing that
the Legislature may require that any
sum of money appropriated hereunder
shall be matched by an equal sum paid
into the State Treasury from private
sources before any of said money may
be expended."

Section 56 of Article XVI, above quoted, was adopted
at the General Election on November 4, 1958. In Attorney
General's Opinion WW-833 (1960), it was held:

"It is to be noted that the Legis-
lature was not directed to appropriate
these funds from any specific source
of revenue. To implement this new
constitutional provision /Article
XVI, Section 56, above quoted_7 the
56th Legislature passed S.B. 152
(Acts 1959, Regular Session, page
431, Chapter 193). Sec. 3(a) thereof
is quoted on the first page of this
opinion. This contains express
authority to do the thing inquired
about by Mr. Greer - the paying for
this brochure out of highway funds -
and we quote: 'The Texas Highway
Department is authorized and empowered
to pay . . . the cost of developing
and publishing various material and
the dissemination thereof . . . from
highway revenues.'

"  . . .

"It is the opinion of this office
that the use of highway funds to pay
for publishing and distribution of the
brochure is in accordance with S.B. 152
above referred to and of Art. 16, Sec.
56 of the Constitution, is not prohi-
bited by Art. 8, Sec. 7-a, nor by any
other constitutional provision."

In Attorney General's Opinion WW-534 (1958), it was
held that the Texas Industrial Commission could expend monies
for the purpose of planning, organizing and operating a
program for attracting and locating new industries in this
State, pursuant to the provisions of Article 5190½, Vernon's
Civil Statutes, and stated:

"We are sustained in this conclu-
sion in view of the fact that the
voters of Texas adopted an amendment
to Section 56 of Article XVI of the
Constitution of Texas at the general
election in 1958 . . ."

In Attorney General's Opinion WW-676 (1959), it was
held:

"It is our opinion that Section 56
of Article XVI, supra, together with
the enabling act, Article 5190½, consti-
tutes pre-existing law, which would
authorize you to pay these accounts, if
in fact the accounts for salaries, of-
fice rent, etc., were incurred by the
Texas Industrial Commission in planning,
organizing or operating a program for
attracting and locating new industries
in the State of Texas. . . ."

The above mentioned Attorney General's Opinions are
the only opinions construing the provisions of Section 56
of Article XVI of the Constitution of Texas, as amended in
1958, and, to our knowledge, there has been no decision by
the courts of this State construing the amendment.

It appears from the wording of Section 56 of Article
XVI that the Legislature has the power to appropriate money
for three purposes: (1) "for the purpose of developing infor-
mation about the historical, natural, agricultural, industrial,
educational, marketing, recreational and living resources of
Texas . . .", and (2) "for the purpose of informing persons

and corporations of other states through advertising in periodicals having national circulation. . .", and (3) "the dissemination of factual information about the advantages and economic resources offered by the State of Texas. . ." . It is clear that purpose (1) does not pertain to advertising, but applies only to the developing of certain information. Where persons and corporations of other states are to be informed about the advantages and economic resources of Texas through the medium of advertising in periodicals, such periodicals must have a national circulation; however, this limitation is clearly applicable only to this particular medium.

You are, therefore, advised that the Legislature may authorize the expenditure of money under Section 56 of Article XVI of the Texas Constitution for the purpose of the dissemination of factual information about the advantages and economic resources offered by the State of Texas. The only limitation placed upon the Legislature as to its choice of the method of the dissemination of factual information about the advantages and economic resources offered by the State of Texas is that when the advertising medium chosen for the purpose of disseminating such information to persons and corporations of other states is a periodical, it must be one of national circulation.

The above conclusion is in harmony with the holdings of Attorney General's Opinion WW-833, WW-534 and WW-676, copies of which are enclosed for your information.

## S U M M A R Y

The Legislature may authorize the expenditure of money under Section 56 of Article XVI of the Constitution of Texas for the purpose of the dissemination of factual information about the advantages and economic resources offered by the State of Texas by use of radio, newspapers, television and other means deemed appropriate. However, the Constitution prohibits the expenditures of funds for the purpose of disseminating such information to persons or corporations of other states through the medium of advertising in a periodical unless such periodical be one of national circulation.

Yours very truly,

WAGGONER CARR
Attorney General of Texas

By: *Marietta McGregor Payne*
　　Marietta McGregor Payne
　　Assistant Attorney General

MMP/jp

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

W. O. Shultz
Howard Mays
Ben Harrison
Frank Booth

APPROVED FOR THE ATTORNEY GENERAL
By:  Stanton Stone